IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

In the Circuit Court of Greene County, Missouri 31st Judicial Circuit Division V

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Jerry meyers Davis
Greene County court house In springfeild mo.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 2331-CR03904-01
*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☑ Yes ☐ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jerry Myers Davis

All other names by which you have been known:

ID Number

Current Institution

Address

### B. The Defendant(s)

- Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.
- Make sure that the defendant(s) listed below are identical to those contained in the above caption.
- For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.
- Attach additional pages if needed.

Defendant No. 1

Name: Judge Jerry ~~[illegible]~~ A Harmison

Job or Title (if known): Judge Division(s) courtroom

Shield Number

Employer

Address

☑ Individual capacity ☐ Official capacity

Defendant No. 2

Name: Mr. Nicholas Bergeon

Job or Title (if known): Assistant prosecuting

Shield Number: 

Employer: 

Address: 

[x] Individual capacity [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.

What federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My right to a Jury trail
False Inprisonment
Miscarraige of Justice
Do process
Statetory limtatien ran
Enffective of counseling

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* lack of Evedenice statory limatich ran out Drug wasn't tested or found

## IV. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?
- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was misrepenctoin ed by by my public Defendant Ms. Villalobos the public defendant Attorney, NO process Miscarriage of Justice by the Judge Jerry A. Harimson Drug wasn't tested by the Assistant prosecuting Mr. Nicholas Bergeon Effective of counseling public Denfender Ms. Dorlene Villalobos

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Depression
lost of wages
falsey inprisonment
stress
pure damange
all of elese
placed in a paded room in
mental in Greene Co. jail

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Dis missal of Charge possession
Of Controlled Substance
Class A Law Suit
Be brought back to court
Released from prison

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [ ] Yes
- [x] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________

______________________________________________

______________________________________________

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [ ] Yes
- [ ] No
- [x] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [x] Do not know

If yes, which claim(s)?

______________________________________________

______________________________________________

______________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

Numbers of motions to get back to courts NO response yet

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [x] No

E. If you did file a grievance:

1. Where did you file the grievance?

_______________

2. What did you claim in your grievance? *(Attach a copy of your grievance, if available)*

N/A

3. What was the result, if any? *(Attach a copy of any written response to your grievance, if available)*

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I been waiting on the Greene county to answer my motion back sent May 27, 2025

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Greene county Jailers, sgts. Case workers mental health workers

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I have filed motions after motion I have told Numerous of cases workers, captain Major Wardens Prole officers and other staffs members

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [ ] Yes
- [x] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Greene County, Springfield, MO,

3. Docket or index number

4. Name of Judge assigned to your case

   Judge Jerry A. Harmison

5. Approximate date of filing lawsuit

6. Is the case still pending?

   - [ ] Yes
   - [x] No

   If no, give the approximate date of disposition. Waiting on Greene County court house in Springfeild, MO, Response on all my motions

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

I was wrongly sentence to (7) years without the Drug tested or lack of evidence, statutory limitations act

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ______________________________

Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

______________________________

3. Docket or index number

______________________________

4. Name of Judge assigned to your case

______________________________

5. Approximate date of filing lawsuit

______________________________

6. Is the case still pending?

☐ Yes
☑ No *(If no, give the approximate date of disposition)*: ______________

Waiting for the Judge to answer my motion and my New public Defendant get me a court Date, Submit sent 11/24/2025

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

NO

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/4, 2026

Signature of Plaintiff: Jerry Myers Davis

Printed Name of Plaintiff: Jerry Myers Davis

Prison Identification #: 1078205

Prison Address: 619 N. Osage Avenue

City State Zip Code: Tipton MO 65081

FEB 23 2026

Courts papers 2/1/2026

(Jerry Davis) Today is waiting on my new public Defendent on my court apeal case 24-0357 I been waiting since 11-24-2025 to hear or see him. It's been almost (three) months. Today is Febuary 1, of 2026. This new public defendant Attorney been appointed by the Honorable Judge Jerry A. Harimson J.R. of Springfield MO. Greene County court House. There in Springfield MO. This case number 2331-CR-03904-01 wasn't tested, Nor founded by prosecuting Attorney Mr. Nicolas Bergeon. The proscustor who was on my case at may 21, 2025 stood there in front of the Judge and said. He didn't tested the Drug or he didn't know where it was. Also my public Defendant Attorney Ms. Darlene Vallalobos stood there and heard the prosecuting Attorney Mr. Bergeon say this too, when I Jerry Wayde Davis said can I say something. She yelled !! NO That when I wanted too change

my plea of guilty to not guilty. so Ms. Darlene allowed the hearing to go on. Not only ~~Did~~ they heard it. The Judge heard it too. Here I am setting falsely Imprisonment, Since the Day of May 21, 2025. Today is January 31, 2026 I am still here today waiting for my court appeal public Defendant Attorney to go back to court and be free to my life. Every day I sit here praying to God to answer my prayer to go back to court.

(1.) (Against) Springfeild MO.
Greene County Sheriff Depart ment, and Court House
1010 North Booneville, Springfeild, MO 65802

(2) Judge Jerry A Harimson
Courtroom Division (5)
1010 N. Booneville, Springfeild, MO 65802

(3) MS. Darlene Villalobos
public Defender offices
630 North Robberson
Springfield MO. 65806

(4). Mr. Nicholas Bergeon
Assistant Prosecuting Attorney's
1010 North Booneville Ave
Springfield MO. 65802

(5) I fought this case for 2 1/2 years and it was elige search. I am sitting here in prison Waiting to be release because their action falsey Inprisonment,

Jerry Myers Davis #1078205
HU. 14 | Bunk-27
619 North Osage Avenue
Tipton, MO. 65081
FEB 23 2026
FOREVER / USA
UNITED STATES OF AMERICA
LEGAL MAIL
Clerk's office
United States District court
Western District of Missouri
1400 U.S. courthouse
222 John Q Hammons pkwy
Springfeild, MO. 65806
This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the contents of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.